UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHER DIVISION

ANTOINETTE IVERY AS PR OF ESTATE
OF KANIESHA COLEMAN AND IN HER
INDIVIDUAL CAPACITY, DDL A MINOR
AND NHC A MINOR,

      Case Number 22-12440

   Plaintiff,

v.

JEFFREY HUDSON, ACTING IN HIS    Sean F. Cox
INDIVIDUAL AND OFFICIAL CAPACITY    United States District Court Judge
AS MEDICAL EXAMINER FOR THE
WAYNE COUNTY MEDICAL
EXAMINER'S OFFICE AND WAYNE
COUNTY MUNICIPALITY,

   Defendants.
_____/

## JUDGMENT

For the reasons set forth in an Opinion & Order issued on this date, **IT IS ORDERED, ADJUDGED, AND DECREED** that all claims in Plaintiff's Complaint are **DISMISSED WITH PREJUDICE.**

Dated: April 26, 2023                        s/Sean F. Cox
                                                                Sean F. Cox
                                                                U. S. District Judge